# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134904

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 134904
                                  COA: 279167
                                  Oakland CC: 2001-180525-FH

WILLIAM SIM SPENCER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 30, 2007, order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



s1217

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk